AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION ) | |
| ) *Plaintiff* | |
| v. ) | Civil Action No. |
| George G. Levin and Frank J. Preve ) | |
| ) *Defendant* | |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*

    George G. Levin
    c/o William L. Richey, P.A.
    One Biscayne Tower- 34th Tower
    2 South Biscayne Boulevard
    Miami, FL 33131-1897

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

    James M. Carlson, Esq.
    Senior Trial Counsel
    Securities and Exchange Commission
    801 Brickell Avenue, Suite 1800
    Miami, FL 33131
    Tel. (305) 982-6328

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____       _____
                                                                                       *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION )<br>)<br>*Plaintiff* )<br>)<br>v. )<br>)<br>George G. Levin and Frank J. Preve )<br>)<br>*Defendant* ) | Civil Action No. |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  Frank J. Preve
c/o Robert C. Josefsberg
Podhurst Orseck, P.A.
25 West Flagler Street, Suite 800
Miami, FL 33130

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  James M. Carlson, Esq.
Senior Trial Counsel
Securities and Exchange Commission
801 Brickell Avenue, Suite 1800
Miami, FL 33131
Tel. (305) 982-6328

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____       _____
*Signature of Clerk or Deputy Clerk*