UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 12-21917-CIV-ROSENBAUM/SELTZER

SECURITIES AND EXCHANGE
COMMISSION,

    Plaintiff,

v.

GEORGE G. LEVIN and FRANK PREVE,

    Defendants.
_____/

**ORDER EXPEDITING BRIEFING ON DEFENDANT LEVIN'S MOTION**

    This matter is before the Court on Defendant George G. Levin's Motion to Shorten Time for Plaintiff SEC to Respond to Discovery in Support of His Motion to Dismiss the Complaint or, in the Alternative, for an Extension of Time to File his Motion to Dismiss ("Current Motion") [D.E. 38]. At a status conference held on October 4, 2012, Defendant Levin agreed to file his Motion to Dismiss on or before October 24, 2012. After the hearing, Defendant Levin propounded discovery requests to Plaintiff in support of his Motion to Dismiss. D.E. 38, ¶ 9. Under the Federal Rules of Civil Procedure, however, Plaintiff's responses to this discovery are not due until November 12, 2012, nearly three weeks after his Motion to Dismiss. Accordingly, Defendant Levin seeks to either shorten Plaintiff's time to respond to the discovery or extend the deadline for filing his Motion to Dismiss.

    The normal briefing procedures of this Court require Plaintiff's response to Levin's Current Motion to be filed on or before October 29, 2012—five days after Levin's Motion to Dismiss is due. In order to timely consider Defendant's Motion, the Court finds good cause to expedite its normal

briefing schedule. Therefore, Plaintiff SEC must file its response to Defendant's Current Motion **on or before October 17, 2012**. Any reply Levin wishes to file must be filed within two (2) days of Plaintiff's response.

      **DONE and ORDERED** at Fort Lauderdale, Florida, this 12th day of October 2012.

                                                      _____
                                                      ROBIN S. ROSENBAUM
                                                      UNITED STATES DISTRICT JUDGE

Copies to:
The Honorable Barry S. Seltzer
Counsel of record