# EXHIBIT A

# WILLIAM L. RICHEY, P.A.

One Biscayne Tower – 34th Floor  
2 South Biscayne Boulevard  
Miami, Florida 33131-1897  

Telephone: (305) 372-8808  
Facsimile: (305) 372-3669  
E-Mail: wlr@richeylaw.com  

25201 SW Martin Highway  
Okeechobee, FL 34974-2126  
Telephone: (772) 597-0570  

**Please Reply To:**  
Miami Office  

November 22, 2011

*VIA ELECTRONIC MAIL AND U.S. MAIL*

D. Corey Lawson  
Senior Counsel  
U.S. Securities and Exchange Commission  
Miami Regional Office  
801 Brickell Ave., Suite 1800  
Miami, Florida 33131  

    Re:    In the Matter of Rothstein, Rosenfeld and Adler (FL-3529)/George Levin

Dear Mr. Lawson:

Pursuant to your conversation with Charlie Harper today, we are writing to advise you that we agree to accept service of any papers on George Levin at our office.

Thank you for your time and attention to this matter.

Sincerely,

*Denia Villalobos*  
William L. Richey /for

WLR/dv