# EXHIBIT B

**Subject:** Hi Corey. I told you I would accept service
**Date:** Monday, October 1, 2012 7:26:35 PM ET
**From:** William L. Richey
**To:** LawsonD@sec.gov
**CC:** Harper Charles C., Christie Catherine Shannon Esq., Borges Virginia T

Of Process on George Levin in the SEC case once George got funded. We expected funding in mid August, but the Bkr. Proceeding slowed everything down. Funding arrived Friday and you can email/fax service on George to me.

Thanks, and I look forward to working with you and the rest of the staff on the case.

Best regards.

Bill Richey.


Sent from my iPhone