UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 12-cv-21917--UU

SECURITIES AND EXCHANGE )
COMMISSION, )
 )
             Plaintiff, )
 )
v. )
 )
GEORGE G. LEVIN and )
FRANK PREVE, )
             Defendants. )
_____)

## ORDER GRANTING PLAINTIFF'S MOTION

This matter is before the Court on the Commission's Notice of Tentative Settlement with Defendant George Levin and Request for Stay (DE 237). Levin agrees to the relief the Commission seeks in this motion. Having considered the request and the record, and for good cause shown:

**IT IS ORDERED AND ADJUDGED** that the motion is GRANTED. The trial set to commence October 22, 2014 is removed from the trial calendar, and the Commission shall have 45 days from the date of this Order to file either the Consent of George Levin with a proposed Final Judgment or a notice that the Commission did not authorize the tentative settlement with Levin.

**DONE AND ORDERED** in Chambers in Miami, Florida this 21 day of Octoberr, 2014.

URSULA UNGARO
UNITED STATES DISTRICT JUDGE