UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 12-Civ-21917-Ungaro

SECURITIES AND EXCHANGE
COMMISSION,

    Plaintiff,

v.

GEORGE G. LEVIN,

    Defendants.

_____/

## NOTICE

    Undersigned counsel submits this filing to notify the Court of information we received about a medical emergency regarding Defendant George Levin. Mr. Levin was in Panama on business on Friday night and scheduled to return before trial. Yesterday, on March 21, in the late evening we received a telephone call from Mr. Levin's family informing us that he had been admitted to the Centro Medico Paitilla hospital in Panama City due to chest pains and shortness of breath. After receiving that telephone call, we attempted to reach Mr. Levin on multiple occasions, but his telephone appeared to be turned off. We also immediately notified the SEC.

    This morning, we were informed that on Saturday evening Mr. Levin suffered severe chest pains and nearly passed out; was taken to the hospital, where he stayed overnight; is unable to keep food down; and that he is currently undergoing a series of medical exams.

    Upon receiving this information, we placed a call to the Court's chambers and left a voicemail message with courtroom deputy Kathryn B. Harlan. We are now filing this notice to provide the Court with all of the information that we have in our possession at this time regarding Mr. Levin's status.

    At this point in time, we do not know much about Mr. Levin's condition or when he will be released from the hospital. We hope to obtain more information regarding his status later today.

As we learn more, we will do our best to update the court accordingly.  We can be reached at our office telephone numbers below.

Date: March 22, 2015

                                             Respectfully submitted,

                                             /s/ Daniel Lawrence Rashbaum
                                             **MARCUS NEIMAN & RASHBAUM LLP**
                                             2 S. Biscayne Blvd., Suite 1750
                                             Miami, Florida 33131
                                             Daniel Lawrence Rashbaum
                                             Fla. Bar No. 75084
                                             drashbaum@mnrlawfirm.com
                                             Tel: 305-400-4261
                                             Michael A. Pineiro
                                             Fla. Bar No. 041897
                                             mpineiro@mnrlawfirm.com
                                             Tel: 305-400-4268

## CERTIFICATE OF SERVICE

I hereby certify that on March 22, 2015, I served the foregoing document on all counsel of record in accordance with the Local Rules and via electronic mail.

/s/Daniel Lawrence Rashbaum