UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:12-cv-21917-UU

SECURITIES AND EXCHANGE
COMMISSION,

    Plaintiff,

vs.

GEORGE G. LEVIN, *et al.*,

    Defendants.
_____/

## ORDER ON MOTION TO ENTER AMENDED FINAL JUDGMENT

THIS CAUSE is before the Court upon Plaintiff Securities and Exchange Commission's Motion for Entry of Amended Final Judgment, D.E. 354.

THE COURT has reviewed the pertinent portions of the record and is otherwise fully advised in the premises.

On March 8, 2013, Defendants filed their Amended Complaint, D.E. 86, which, in short, alleges that George G. Levin ("Levin") engaged in an unregistered securities offering through Banyon 1030-32, LLC ("Banyon") and engaged in securities fraud through Banyon and Banyon Income Fund.

On October 6, 2014, the Court issued its Omnibus Order, which found Levin liable for violations of Section 5 of the Securities Act of 1933 (the "Securities Act"); in other words, the Court granted summary judgment in favor of Plaintiff on Count I of the Amended Complaint D.E. 220. On April 1, 2015, a jury found that Levin violated Section 17(a) of the Securities Act and Section 10(b) and Rule 10b-5 of the Securities Exchange Act of 1934 ("Exchange Act"), and

aided and abetted the Banyon entities' violations of Section 10(b) and Rule 10b-5 of the Exchange Act. D.E. 294.

Accordingly, on July 31, 2015, the Court entered a Final Judgment against Levin. D.E. 320. As to the Section 5 violations, the Final Judgment imposed a permanent injunction and a $13,000 civil money penalty against Levin. *Id.*

Levin appealed the Final Judgment, and the Eleventh Circuit Court of Appeals reversed the Court's Omnibus Order's finding that Levin violated Section 5 of the Securities Act (i.e., reversing the Court's entry of summary judgment on Count I) and, therefore, remanded that issue to this Court for further proceedings ("Eleventh Circuit Opinion"). D.E. 349. The Eleventh Circuit Opinion affirmed the Final Judgment on all remaining issues, including those concerning the trial and jury verdict against Levin. *Id.* Accordingly, the only remaining issue before this Court is the resolution of the Section 5 claim against Levin. *Id.*

In the instant Motion, Plaintiff voluntarily dismisses Count I, which is the claim against Levin for violations of Section 5 of the Securities Act. D.E. 354. Thus, Plaintiff moves the Court to amend the July 31, 2015 Final Judgment to explicitly dismiss the Section 5 claim and remove any relief previously granted based on Levin's Section 5 violation. *Id.* In addition, Plaintiff has conferred with Levin, who advised that "he is taking no position but does not intend to file a response or otherwise dispute the language in the Amended Final Judgment filed herewith." *Id.* p. 3. Based on Plaintiff's representations, as well as the scope of the Eleventh Circuit Opinion, the Court deems it appropriate to grant Plaintiff's Motion, dismiss Plaintiff's Section 5 claims against Levin, and amend the July 31, 2015 Final Judgment. Accordingly, it is

ORDERED AND ADJUDGED that the Motion, D.E. 354, is GRANTED. The Court will separately enter an Amended Final Judgment. It is further

ORDERED AND ADJUDGED that the Clerk of Court SHALL ADMINISTRATIVELY CLOSE this case. All pending motions are DENIED AS MOOT and all future hearings are CANCELLED.

DONE AND ORDERED in Chambers at Miami, Florida, this 26th day of June, 2017.

*(signature)*
URSULA UNGARO
UNITED STATES DISTRICT JUDGE

copies provided:
counsel of record